

JUL 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* STEVE AND JONI HARMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, MONTANA RAIL LINK, INC., and JOHN DOES 1-30,<br><br>Defendants. | CV 17-59-BLG-SPW<br><br>ORDER |

Defendant BNSF Railway Company moves for the admission of Blanca F. Young to practice before the Court in the above captioned matter with Bruce F. Fain of Billings, Montana, designated as local counsel. The applicant's Affidavit (Doc. 21-1) DOES NOT comply with **Local Rule 83.1(d)(3)(A)(B)(C) and (J)**. Therefore,

1

IT IS HEREBY ORDERED that Defendant BNSF Railway Company's Motion to Admit Blanca F. Young to appear *pro hac vice* (Doc. 21) is DENIED with leave to refile her Motion and Affidavit.

DATED this 5th day of July, 2018.

                                                 SUSAN P. WATTERS
                                                 United States District Judge