# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* STEVE AND JONI HARMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, MONTANA RAIL LINK, INC., and JOHN DOES 1-30,<br><br>    Defendants. | CV 17-59-BLG-SPW<br><br><br>ORDER |

Defendant BNSF Railway Company moves for the admission of Benjamin J. Horwich to practice before the Court in the above captioned matter with Bruce F. Fain of Billings, Montana, designated as local counsel. The applicant's affidavit (Doc. 24-1) DOES NOT comply with **Local Rule 83.1(d)(3)(A)(B)(C) and (J).** Therefore,

IT IS HEREBY ORDERED that Defendant BNSF Railway Company's

Motion to Admit Benjamin J. Horwich to appear *pro hac vice* (Doc. 24) is

DENIED with leave to refile his Motion and Affidavit.

DATED this 5th day of July, 2018.

SUSAN P. WATTERS
United States District Judge