

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* STEVE AND JONI HARMAN, Plaintiffs, vs. BNSF RAILWAY COMPANY, MONTANA RAIL LINK, INC., and JOHN DOES 1-30, Defendants. | CV 17-59-BLG-SPW ORDER |

Defendant BNSF Railway Company moves for the admission of Benjamin J. Horwich to practice before the Court in the above captioned matter with Bruce F. Fain of Billings, Montana, designated as local counsel (Doc. 35). The motion complies with Local Rule 83.1(d), and plaintiffs do not object.

IT IS SO ORDERED that Defendant BNSF Railway Company's motion to admit Benjamin J. Horwich to appear *pro hac vice* (Doc. 35) is GRANTED and he is authorized to appear as counsel with Bruce F. Fain pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 10th day of July, 2018.

SUSAN P. WATTERS
United States District Judge

1