

FILED

JUL 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* STEVE AND JONI HARMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY CO., MONTANA RAIL LINK, INC., and JOHN DOES 1-30,<br><br>Defendants. | CV 17-59-BLG-SPW<br><br>ORDER |

The Defendants have filed motions to dismiss without leave to amend (Docs. 22 and 28). The Plaintiffs have reviewed those motions and conferred with the Defendants. As a result, the parties have jointly moved for an order vacating the Court's Preliminary Pretrial Order of May 18, 2018 and all associated dates pending a ruling on these motions, and for an order to extend the briefing schedule on the motions (Doc.

1

41).

Based upon the joint request of the parties and good cause appearing,

IT IS HEREBY ORDERED:

1. The parties' joint motion (Doc. 41) is **GRANTED**;

2. The Court's Preliminary Pretrial Order (Doc. 19) and all associated dates are **VACATED** pending a ruling by the Court on the Defendants' motions;

3. The Court will issue an appropriate order related to Preliminary Pretrial matters upon the issuance of its ruling in regards to the Defendants' motions.

4. Plaintiffs shall file a response to Defendants' motions to dismiss the Complaint by **August 21, 2018**. Defendants shall file a reply to Plaintiffs' response by **September 21, 2018**.

DATED this 18th day of July, 2018.

SUSAN P. WATTERS
United States District Judge