IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 03 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* STEVE AND JONI HARMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, MONTANA RAIL LINK, INC., and JOHN DOES 1-30, <br><br> Defendants. | CV 17-59-BLG-SPW <br><br><br> ORDER |

Defendant BNSF Railway Company moves for the admission of Teresa A. Reed to practice before the Court in the above captioned matter with Bruce F. Fain of Billings, Montana, designated as local counsel (Doc. 43). The motion complies with Local Rule 83.1(d), and plaintiffs do not object.

IT IS SO ORDERED that Defendant BNSF Railway Company's motion to admit Teresa A. Reed to appear *pro hac vice* (Doc. 43) is GRANTED and she is authorized to appear as counsel with Bruce F. Fain pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 3rd day of August, 2018.

SUSAN P. WATTERS
United States District Judge

1