

FILED

OCT 25 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. STEVE AND JONI HARMAN, <br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, MONTANA RAIL LINK, INC., and JOHN DOES 1-30,<br><br>Defendants. | CV 17-59-BLG-SPW <br><br> ORDER |

Pursuant to the parties' Stipulated Voluntary Motion to Dismiss (Doc. 59) and the United States' Notice of Consent to Dismissal (Doc. 60), and good cause being shown,

**IT IS HEREBY ORDERED** that this matter is DISMISSED WITHOUT PREJUDICE as to the United States, but DISMISSED WITH PREJUDICE as to Relators Steve and Joni Harman's claims against Defendants, with each party to bear their own costs.

1

**IT IS FURTHER ORDERED** that all pending motions are DENIED as moot.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 25th day of October, 2018.

                                        SUSAN P. WATTERS
                                        United States District Judge